(103 So. 918)

Mrs. J. E. HAYNES v. J. E. HAYNES. (6 Div. 280.) (Supreme Court of Alabama. April 21, 1925.) Appeal from Circuit Court, Jefferson County; William M. Walker, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(101 So. 921)

Paul J. HOOTON, Adm'r, v. SCIPLE SONS. (5 Div. 906.) (Supreme Court of Alabama. Nov. 18, 1924.) Appeal from Circuit Court, Randolph County; S. L. Brewer, Judge. Hooton & Hooton, of Roanoke, for appellant. Stell Blake, of Roanoke, for appellee.

PER CURIAM. Appeal dismissed by appellant.

---

(101 So. 921)

Ex parte HOOVER SUCTION SWEEPER CO. (6 Div. 189.) (Supreme Court of Alabama. June 26, 1924.) Certiorari to Court of Appeals. Tillman, Bradley & Baldwin, of Birmingham, for petitioner. W. J. Wynn and W. A. Jenkins, both of Birmingham, opposed.

SOMERVILLE, J. Petition of the Hoover Suction Sweeper Company for certiorari to the Court of Appeals to review and revise the judgment and decision there rendered in the case styled City of Birmingham v. Hoover Suction Sweeper Co., 19 Ala. App. 661, 100 So. 83. Under Supreme Court rule 42, 77 So. vii, the petition is filed too late, and must be dismissed.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.

---

(101 So. 921)

Ex parte Jess HURN, alias Herron. (8 Div. 699.) (Supreme Court of Alabama. Oct. 6, 1924.) Certiorari to Court of Appeals. Wallace C. Porter, of Florence, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Jess Hurn, alias Herron, for certiorari to the Court of Appeals to review and revise the judgment and decision rendered by said court in the case of Hurn v. State, 20 Ala. App. 196, 101 So. 310. Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.

---

(102 So. 918)

Henry JENKINS v. STEEL CITIES CHEM. CO. (6 Div. 553.) (Supreme Court of Alabama. Nov. 25, 1924.) Appeal from Circuit Court, Jefferson County; Romaine Boyd, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(102 So. 918)

Henry JENKINS v. STEEL CITIES CHEMICAL CO. (6 Div. 737.) (Supreme Court of Alabama. Nov. 25, 1924.) Appeal from Cir-

---

cuit Court, Jefferson County; Hugh A. Locke, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(102 So. 918)

L. L. JOHNS et al. v. ALABAMA FIDELITY MORTGAGE & BOND CO. (3 Div. 678.) (Supreme Court of Alabama. Nov. 27, 1924.) Appeal from Circuit Court, Montgomery County; Leon McCord, Judge.

PER CURIAM. Appeal dismissed by appellant.

---

(103 So. 918)

N. E. JONES v. Dicey S. SPRADLIN. (8 Div. 629.) (Supreme Court of Alabama. March 19, 1925.) Appeal from Circuit Court, Marshall County; W. W. Haralson, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(101 So. 921)

Ex parte Guy R. KING. (8 Div. 689.) (Supreme Court of Alabama. Oct. 6, 1924.) Certiorari to Court of Appeals. Rushton, Crenshaw & Rushton, of Montgomery, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Guy R. King for certiorari to the Court of Appeals to review and revise the judgment and decision there rendered in the case of King v. State, 20 Ala. App. 121, 101 So. 89. Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.

---

(103 So. 918)

Otis McFARLAND v. STATE. (5 Div. 909.) (Supreme Court of Alabama. April 16, 1925.) Appeal from Circuit Court, Lee County; S. L. Brewer, Judge.

PER CURIAM. Appeal dismissed by appellant.